ROSE LEVINE, RESPONDENT, v. JACOB ACKENBOUT ET AL., APPELLANTS.

Submitted May 26, 1928—Decided October 15, 1928.

For the appellant, *Hobart & Minard.*

For the respondent, *Feinberg & Feinberg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, MINTURN, KA-LISCH, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.